# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00002                                          January 11, 2008
                                                     4:10 p.m.

**UNITED STATES OF AMERICA -vs- MOHAMAD RUHUL AMIN**

PRESENT:    HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
            K. LYNN LEMIEUX, COURTROOM DEPUTY
            SANAE N. SHMULL, COURT REPORTER
            ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
            MOHAMAD RUHUL AMIN, DEFENDANT

PROCEEDINGS:   INITIAL APPEARANCE

Defendant **MOHAMAD RUHUL AMIN** appeared without counsel. Government was represented by Eric O'Malley, AUSA. Also present was U.S. Probation Officer Melinda Brunson.

After several attempts to explain the charges to the defendant; the Court determined that the defendant could not understand English well enough to continue.

Court ordered that a CJA attorney be appointed for this defendant. Further, that the CJA attorney be advised that the defendant needs a translator.

Court continued the initial appearance to Monday at 9:00 a.m.

Adj. 4:20 p.m.

/s/K. Lynn Lemieux, Courtroom Deputy