# United States District Court

DISTRICT OF **the Northern Mariana Islands**

ORIGINAL

UNITED STATES OF AMERICA,

    Plaintiff,

V.

**WARRANT FOR ARREST**

AMIN, MOHAMAD RUHUL,

CASE NUMBER: **CR 08  00002**

    Defendant.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **AMIN, MOHAMAD RUHUL**
<br>Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

**Conspiracy (Count 1)**
**False Statement in Application for Passport (Count 2)**
**Subornation of Perjury (Count 3)**

FILED
Clerk
District Court

JAN 14 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

in violation of Title **18**, United States Code, Section(s) **371, 1542, 1622**
in violation of Title ___, United States Code, Section(s) _____
and in violation of Title ___, United States Code, Section(s) _____

Bail fixed at $ **NO BAIL**     by _____
<br>Name of Judicial Officer

**HONORABLE ALEX R. MUNSON**          **UNITED STATES DISTRICT JUDGE**
Name of Issuing Officer                  Title of Issuing Officer

_[signature]_           **1-11-08  SAIPAN, CNMI**
Signature of Issuing officer       Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at  SAIPAN, MP |

| DATE RECEIVED 01-11-08 | NAME AND TITLE OF ARRESTING OFFICER LANDO ~~~~ SPECIAL AGENT | SIGNATURE OF ARRESTING OFFICER *[signature]* |
|---|---|---|
| DATE OF ARREST 01-11-08 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: MOHAMAD RUHUL AMIN

ALIAS: 

LAST KNOWN RESIDENCE: GARAPAN BY J.C SABLAN WATER

LAST KNOWN EMPLOYMENT: UNEMPLOYED

PLACE OF BIRTH: BANGLEDESH

DATE OF BIRTH: 10-20-1976

SOCIAL SECURITY NUMBER: 586 33 2117

HEIGHT: 5'5"    WEIGHT: 130

SEX: MALE    RACE: UNKNOWN

HAIR: BLK    EYES: BRO

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: N/C

FBI NUMBER: 

COMPLETE DESCRIPTION OF AUTO: 2001 TOYOTA SIENNA LIGHT GOLD

INVESTIGATIVE AGENCY AND ADDRESS: