# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00002                                                        January 14, 2008
                                                                   10:50 a.m.


### UNITED STATES OF AMERICA -vs- MOHAMAD RUHUL AMIN

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           MOHAMAD RUHUL AMIN, DEFENDANT
           COLIN THOMPSON, COURT APPOINTED COUNSEL


PROCEEDINGS:   CON'TD INITIAL APPEARANCE

Defendant **MOHAMAD RUHUL AMIN** appeared with court appointed counsel, Attorney Colin Thompson. Government was represented by Eric O'Malley, AUSA. Also present was U.S. Probation Officer Melinda Brunson.

Rabbi Sayed was available as interpreter/translator of the Bengali language.

Defendant waived his right to his arraignment today in order to meet with another attorney and have his arraignment at 9:00 a.m. tomorrow morning, January 15, 2008.

Defendant was remanded into the custody of the U.S. Marshal until further order of the Court.

                                                   Adj. 11:00 a.m.


                                                   /s/K. Lynn Lemieux, Courtroom Deputy