# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00002                                                     January 15, 2008
                                                                9:05 a.m.

### UNITED STATES OF AMERICA -vs- MOHAMAD RUHUL AMIN

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           MOHAMAD RUHUL AMIN, DEFENDANT
           COLIN THOMPSON, COURT APPOINTED COUNSEL

PROCEEDINGS:   CON'TD INITIAL APPEARANCE

Defendant **MOHAMAD RUHUL AMIN** appeared with court appointed counsel, Attorney Colin Thompson. Government was represented by Eric O'Malley, AUSA. Also present was U.S. Probation Officer Melinda Brunson.

Rabbi Sayed was available as interpreter/translator of the Bengali language.

Defendant was sworn and advised of his constitutional rights and the charges against him.

Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against him. Court set jury trial for **MONDAY, March 10, 2008 at 9:00 a.m.** Pretrial motions shall be filed by Tuesday, January 29, 2008.

Government moved that the defendant be held without bail due to a potential flight risk. Defense moved that they be allowed to come before the Court regarding this matter at a later time. Court so ordered.

Defendant was remanded into the custody of the U.S. Marshal until further order of the Court.

Adj. 9:15 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy