F I L E D
Clerk
District Court

JAN 22 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMIN, MOHAMAD RUHUL, )<br>)<br>)<br>Defendant. )<br>_____ ) | Criminal Case No. CR 08−00002<br><br>**S U P E R C E D I N G**<br>**I N D I C T M E N T**<br><br>Title 18, U.S.C. § 371--Conspiracy<br>(Ct. 1); Title 18, U.S.C. § 1542--False<br>Statement in Application for Passport<br>(Ct. 2); Title 18, U.S.C. § 1622 --<br>Subornation of Perjury (Ct. 3). |

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

CONSPIRACY TO DEFRAUD THE UNITED STATES

Introduction

1. On or about August 23, 2007, in the District of the Commonwealth of the Northern Mariana Islands, Mohamad Ruhul AMIN, the defendant, and others known and unknown to the Grand Jury, did unlawfully, wilfully and knowingly, combine, conspire, confederate and agree to intentionally defraud the United States, to wit, to submit an application for a United States passport ("Form DS-11") to an agency of the United States Department of State, knowing that said application contained false and fraudulent information, in violation of Title 18, United States Code, Section 371.

## Participants in the Scheme

2. At all times relevant to this Indictment, defendant Mohamad Ruhul AMIN was a citizen of Bangladesh.

3. At all times relevant to this Indictment, Rose Mayo Reyes (a.k.a. "Rose Mayo Amin", hereinafter referred to "Reyes") was a citizen of the United States of America.

## The Scheme

4. On or before May 9, 2007, defendant AMIN asked Reyes to marry him. Reyes agreed and the two were married on May 9, 2007.

5. The purpose of said marriage was to provide AMIN with immigration status that would allow him to remain and work in the Northern Mariana Islands without restriction.

6. In exchange for the marriage, AMIN provided Reyes with money and gifts worth several hundred dollars.

7. AMIN and Reyes never lived, and never intended to live, together as man and wife.

8. On or before August 23, 2007, AMIN asked Reyes to submit an application for her United States passport Form DS-11, an application (and resulting U.S. passport) that would identify AMIN as Reyes' spouse.

9. Reyes agreed with AMIN that she would submit the Form DS-11.

## Overt Acts in Furtherance of the Scheme

10. In the District of the Northern Mariana Islands, one of the members of the above-described scheme performed one or more of the following acts to effect the object of the conspiracy.

11. On or before August 23, 2007, AMIN wrote on a Form DS-11 that he was the spouse of Reyes and that Reyes' full name, as it would appear on her passport, was "Rose Mayo Amin."

12. On August 23, 2007, Reyes submitted the Form DS-11, indicating that she was married to AMIN, to the United States Passport Office located in Susupe, Saipan. The completed DS-11 was then forwarded to Honolulu, Hawaii for processing.

13. When submitting the Form DS-11, Reyes signed and swore under penalty of perjury that the statements contained therein were true and correct.

## COUNT TWO

### FALSE STATEMENT IN APPLICATION FOR A PASSPORT

14. The Grand Jury realleges, adopts and incorporates by reference herein, the allegations contained in paragraphs one (1) through eleven (11) as if fully set forth herein.

15. On or about August 23, 2007, in the District of the Commonwealth of the Northern Mariana Islands, Mohamad Ruhul AMIN, the defendant, did knowingly and intentionally make a false statement in an application for a passport with the intent to induce or secure the issuance of a passport under the authority of the United States, to wit, by indicating that he was the spouse of a United States citizen, and by indicating that person's name was "Rose Mayo Amin", in violation of Title 18, United States Code, Sections 1542 and 2.

## COUNT THREE

### SUBORNATION OF PERJURY

16. The Grand Jury realleges, adopts and incorporates by reference herein, the allegations contained in paragraphs one (1) through thirteen (13) as if fully set forth herein.

17. On or about August 23, 2007, in the District of the Commonwealth of the Northern Mariana Islands, Mohamad Ruhul AMIN, the defendant, did knowingly and intentionally procure another to commit perjury, to wit, by procuring Rose Mayo Reyes to swear under oath that the identification of AMIN as her spouse in her Form DS-11 application for a United States passport was true and correct, in violation of Title 18, United States Code, Section 1622.

Dated this 22nd day of January 2008.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ERIC S. O'MALLEY
Assistant United States Attorney