# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00002                                           January 23, 2008
                                                      1:30 p.m.

### UNITED STATES OF AMERICA -vs- MOHAMAD RUHUL AMIN

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           TINA MATSUNAGA, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           MOHAMAD RUHUL AMIN, DEFENDANT
           COLIN THOMPSON, COURT APPOINTED COUNSEL

PROCEEDINGS:   ARRAIGNMENT

Defendant **MOHAMAD RUHUL AMIN** appeared with court appointed counsel, Attorney Colin Thompson. Government was represented by Eric O'Malley, AUSA. Also present was U.S. Probation Officer Melinda Brunson.

Rabbi Syed was sworn as interpreter/translator of the Bengali language for the defendant.

Defendant was sworn and advised of his constitutional rights and the charges against him.

Defendant waived reading of the superceding indictment and pled **NOT GUILTY** to the charges against him. Court maintained the jury trial of **MONDAY, March 10, 2008 at 9:00 a.m.** Pretrial motions shall be filed by Wednesday, February 6, 2008.

Government moved that the defendant continue to be held without bail due to a flight risk. Defense stated they would come before the Court regarding this matter at a later time. Court granted the Government's Motion to not set bail at this time without prejudice.

Defendant was remanded into the custody of the U.S. Marshal until further order of the Court.

Adj. 1:45 p.m.

/s/Tina Matsunaga, Deputy Clerk