Colin M. Thompson, Esq.
Thompson Law Office, LLC
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0776

*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>MD. RUHUL AMIN.<br><br>              Defendant. | CRIMINAL CASE NO. 08-00002<br><br>UNOPPOSED MOTION TO ENLARGE TIME FOR FILING A DEFENDANT'S PRE-TRIAL MOTIONS<br><br>Date: February 6, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Alex R. Munson |

      **COMES NOW**, Colin M. Thompson on behalf of the Defendant, Mohammed Ruhul Amin to moves this Court to enlarge time for filing Defendant's Pre-Trial Motions now be due on Friday, February 15, 2008. The reason for this motion is that the defense counsel will be away from Saipan next week and the Defendant and counsel need more time to prepare for the motions.

      Counsel for Defendant spoke with Assistant United States Attorney, Eric O'Malley and he agreed to this enlargement of time.

      Date this 1st day of February, 2008.

                                                         /s/
                                       **COLIN M. THOMPSON, ESQ.**
                                           Attorney at Law