FILED
Clerk
District Court

FEB - 4 2008

For The Northern Mariana Islands
By________________
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | Criminal No. 08-00002 |
| v. | ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME |
| MD. RUHUL AMIN, Defendant | |

BASED UPON the unopposed motion of defendant for an extension of time in which to file pretrial motions, and good cause appearing therefrom,

IT IS ORDERED that defendant shall have until 3:30 p.m., Friday, February 15, 2008, to file pretrial motions. No other dates are affected by this order.

DATED this 4th day of February, 2008.

Alex R Munson

ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)