FILED
Clerk
District Court

FEB 26 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MOHAMMED RUHUL AMIN<br><br>Defendant. | Criminal Action No. 08-00002<br><br><u>Order Setting Pretrial Conference</u> |

Eric O'Malley
Assistant United States Attorney
P.O. Box 500377
Saipan, MP 96950

Colin M. Thompson
Attorney at Law
PMB 917, Box 10001
Saipan, MP 96950

A Pretrial Conference in this case is scheduled for Wednesday, February 27, 2008, at 9:00 a.m.

IT IS SO ORDERED.

DATED this 26th day of February, 2008.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)