| | |
|---|---|
| 1  LEONARDO M. RAPADAS<br>   United States Attorney<br>2  ERIC S. O'MALLEY<br>   Assistant United States Attorney<br>3  DISTRICT OF THE NORTHERN<br>     MARIANA ISLANDS<br>4  Horiguchi Building, Third Floor<br>   P.O. Box 500377<br>5  Saipan, MP 96950<br>   Telephone: (670) 236-2980<br>6  Fax:        (670) 236-2985 | F I L E D<br>Clerk<br>District Court<br><br>MAR -3 2008<br><br>For The Northern Mariana Islands<br>By_____<br>           (Deputy Clerk) |

7  Attorneys for United States of America

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>AMIN, MOHAMAD RUHUL,<br><br>                Defendant. | Criminal Case No. 08-00002<br><br>GOVERNMENT'S REQUESTED JURY<br>VOIR DIRE QUESTIONS<br><br>Trial: March 10, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Alex R. Munson |

   The United States of America, by and through its undersigned attorneys, hereby requests that the Court ask the attached questions during jury voir dire, in addition to those questions customarily asked by the Court.

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: 3.4.08         By: _____
                           ERIC S. O'MALLEY
                           Assistant U.S. Attorney

UNITED STATES v. AMIN, MOHAMAD RUHUL

VOIR DIRE QUESTIONS

General

1. Is there anything about the charges in this case that makes you unwilling or reluctant to serve as a juror, for example, because someone close to you is involved in a sham marriage?

Immigration Issues

2. Do you disagree with the idea that the laws of this country apply equally to the conduct of all people located within the United States, regardless of their country of origin or citizenship?

3. Are you worried that the C.N.M.I.'s reputation and chances for economic recovery are being harmed by bad publicity about immigration violations on Saipan? If yes, would this potential for harm or embarrassment make you at all reluctant to return a guilty verdict, even if that is what the facts indicate?

Marriage Issues

4. Do you believe marriages of convenience should be legal, or should the word "marriage" apply only to relationships where a couple intends to build a life together?