F I L E D
Clerk
District Court

MAR - 3 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

LEONARDO M. RAPADAS
United States Attorney
ERIC S. O'MALLEY
Assistant United States Attorney
DISTRICT OF THE NORTHERN
    MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone:  (670) 236-2980
Fax:        (670) 236-2985

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Criminal Case No. 08-00002 |
| ) | |
| Plaintiff,    ) | GOVERNMENT'S EXHIBIT LIST |
| v.    ) | |
| ) | Trial:  March 10, 2008 |
| AMIN, MOHAMAD RUHUL,    ) | Time:  9:00 a.m. |
| ) | Judge:  Hon. Alex R. Munson |
| Defendant.    ) | |
| _____ ) | |

The United States of America, by and through its undersigned attorneys, hereby submits the attached list of exhibits that the government intends to introduce in its case-in-chief, in the order of likely introduction, while reserving the right to amend or supplement this list as needed.  Copies of said exhibits will be provided under separate cover.

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: ___3.3.08___          By: _____
                                  ERIC S. O'MALLEY
                                  Assistant U.S. Attorney

UNITED STATES v. AMIN, MOHAMAD RUHUL

EXHIBITS

1.    Application for Marriage License and Record of Marriage for Mohamad Ruhul Amin and Rose Mayo Omar Reyes

2.    Decree of Divorce in CNMI Superior Court FCD-DI Civil Case No. 06-0535 (3 pgs)

3.    Application for Entry Permit of Amin, MD Ruhul, dated May 9, 2007 (2 pgs)

4.    Application for a U.S. Passport for Amin, Rose Mayo (6 pgs)

5.    Sworn Statement of Rose Mayo Omar Reyes, dated December 2, 2007 (4 pgs)

-2-

# COMMONWEALTH OF THE NORTHERN MARIANAS
# APPLICATION FOR MARRIAGE LICENSE
## AND
## RECORD OF MARRIAGE

| FOR OFFICE USE ONLY | |
|---|---|
| MARRIAGE APPLICATION NO: | GOMA-07-039 |
| FOR CLERK OF COURTS | |
| MARRIAGE FILE NO: | 07-161 |

GOVERNMENT EXHIBIT 1

## I. APPLICATION

| | | A. MALE | A. FEMALE |
|---|---|---|---|
| 1. | COMPLETE NAME | LAST **AMIN** FIRST **MD.** MIDDLE **RUHUL** | LAST **REYES** FIRST **ROSE MAYO** MIDDLE **OMAR** |
| 2. | PRESENT RESIDENCE | P.O. BOX 503708, GARAPAN<br>SAIPAN, MP 96950 | TANAPAG VILLAGE<br>SAIPAN, MP 96950 |
| 3. | PERMANENT RESIDENCE | VILL. MOTUA, P.S. NANGALCOT<br>DIST. COMILLA, BANGLADESH | SAME AS ABOVE |
| 4. | RACE & CITIZENSHIP | RACE **BANGLADESHI** CITIZENSHIP **NON-IMMIGRANT** | RACE **CHAMORRO** CITIZENSHIP **U.S.** |
| 5. | DATE OF BIRTH AND AGE | DATE OF BIRTH **OCTOBER 20, 1976** AGE **30** | DATE OF BIRTH **MAY 02, 1983** AGE **23** |
| 6. | PLACE OF BIRTH | COMILLA, BANGLADESH | SAIPAN, MP |
| 7. | OCCUPATION/EMPLOYER/ADDRESS | SECURITY GUARD | NONE |
| 8. | NUMBER OF PRIOR MARRIAGES AND HOW TERMINATED | NUMBER OF PRIOR MARRIAGE **1** — HOW TERMINATED — 1. ☐DEATH ☒DIVORCED ☐ANNULMENT / 2. ☐DEATH ☐DIVORCED ☐ANNULMENT / 3. ☐DEATH ☐DIVORCED ☐ANNULMENT | NUMBER OF PRIOR MARRIAGE **0** — HOW TERMINATED — 1. ☐DEATH ☐DIVORCED ☐ANNULMENT / 2. ☐DEATH ☐DIVORCED ☐ANNULMENT / 3. ☐DEATH ☐DIVORCED ☐ANNULMENT |
| 9. | DATE AND SIGNATURE APPLICANTS | DATE **04-11-07** SIGNATURE OF MALE *(signature)* | DATE **4-11-07** SIGNATURE OF FEMALE *(signature)* |
| 10. | APPLICATION GRANTED | DATE APPLICATION GRANTED **4/30/07** | SIGNATURE OF GOVERNOR *(signature)* BENIGNO R. FITIAL, GOVERNOR |

## II. RECORD OF MARRIAGE

| | | | |
|---|---|---|---|
| 1. | DATE AND PLACE OF MARRIAGE | a. DATE OF MARRIAGE **MAY 9, 2007** | b. PLACE OF MARRIAGE **GUMA' HUSTISIA, SUPERIOR COURT, SAIPAN** |
| 2. | SIGNATURE OF HUSBAND AND WIFE | a. SIGNATURE OF HUSBAND *(signature)* | b. SIGNATURE OF WIFE *(signature)* |
| 3. | SIGNATURE OF WITNESSES | a. WITNESS (1) **MD. ABUL KASHEM** *(signature)* | b. WITNESS (2) **EAISY O. REYES** *(signature)* |
| 4. | CERTIFICATION OF PERSON WHO PERFORMED WEDDING CEREMONY | SIGNATURE *(signature)* **KENNETH L. GOVENDO** | TITLE **ASSOCIATE JUDGE** |
| 5. | CLERK OF COURTS | a. DATE RECEIVED **05/09/07** | b. SIGNATURE OF CLERK OF COURTS **L.S. DELEON GUERRERO, C.R.** *(signature)* |

* If either party had more that three marriages, indicate on back of this form how each after the first was ended.
** Item II-5a and b to be completed only one copy filed with Clerk of Court.

Applicant-White • Governor's Office-Yellow • Clerk of Court-Pink

** Any person who intentionally falsifies information is subject to punishment under penalty of perjury (PL 9-15).

1  STEPHEN J. NUTTING, ESQ.
   Post Office Box 5093
2  Saipan, MP 96950
   Telephone:    (670) 234-6891
3  Facsimile:    (670) 234-6893

4  Attorney for Respondent/Counter-Petitioner

5              IN THE SUPERIOR COURT
                     OF THE
6       COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

7

8  CARMELITA GUIAO AMIN,                    FCD-DI Civil Action No. 06-0535

9        Petitioner/Counter-Respondent,

10                                          DECREE OF DIVORCE
   vs.
11

12 MD. RUHUL AMIN,

13       Respondent/Counter-Petitioner.

14

15       THIS MATTER came on for hearing on the 22nd day of December, 2006. Present were the
16
17 Petitioner appearing pro se and the Respondent with his counsel, Stephen J. Nutting. Upon hearing
18
   testimony of the parties and a review of the documents on file herein, the Court, being fully advised
19
20 in the premises, hereby makes the following findings of fact and enters a decree of divorce:

21
22              **FINDINGS OF FACT**

23
24     1.  The Petitioner and the Respondent have both resided in the Commonwealth of the

25 Northern Mariana Islands for a period of more than two (2) years and this Court has jurisdiction to

26
   entertain this action for divorce.
27

28                              -1-

GOVERNMENT
EXHIBIT
2

2.   The Petitioner has shown sufficient neglect and emotional abuses as grounds for divorce pursuant to 8 CMC § 1331(b) and a divorce should be granted to the Petitioner.

3.   The parties have two children born during the marriage namely: Ameena Lyn G. Amin, 3 years of age, and Tashana Halimah G. Amin, d.o.b. 8/10/06, 4 months of age.

4.   Respondent admits that he is the natural of Ameena Lyn G. Amin. As to Tashana Halimah G. Amin, Respondent questions whether he is the biological father of the child and has requested six (6) months to obtain DNA testing to determine his paternity.

5.   The Petitioner has requested that the Respondent be ordered to pay child support for the care and support of the minor children.

6.   The parties' marital estate consist of one (1) 1994 Hyundai Sonata which the Petitioner has requested to be confirmed in her name for her use and the use of the minor children.

7.   The Petitioner has requested that her former name be restored to Carmelita Guiao.

## DECREE OF DIVORCE

THEREFORE with good cause appearing it is hereby ORDERED, ADJUDGED AND DECREED:

1.   The bonds of matrimony heretofore existing between the Petitioner and the Respondent are hereby dissolved, and the parties are awarded an absolute divorce each from the other and are free to live apart as unmarried persons.

2.   Custody of the minor children shall remain with the Petitioner. Respondent shall provide

Amin 00006                           -2-

1  child support in the amount of $125.00 per month per child for the total amount of $250.00 per

2  month as and for child support.

3

4       3.  Respondent shall have six (6) months to apply and pay for a DNA test to determine the

5  paternity of the minor child, Tashana Halimah G. Amin. Respondent is ordered to pay for all costs

6  of such testing, and Petitioner is ordered to comply with all requests necessary to complete the

7  testing.

8

9       4.  Petitioner shall be awarded the 1994 Hyundai Sonata as her separate property.

10

11      5.  The Petitioner's maiden name shall be restored to Carmelita Guiao.

12      6.  This Court retains jurisdiction of this cause for the purpose of making such further orders

13  and judgments with respect to requiring compliance with the terms of this judgment as from time

14  to time will seem proper in equity and good conscience.

15

16

17      SO ORDERED this 5ᵗʰ  day of January, 2007.

18

19

20                                   _____

21                                   KENNETH L. GOVENDO, Associate Judge

22

23

24

25

26

27

28
                              -3-            Amin 00007

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

# Division of Immigration Service

2nd Floor, Afetna Square, San Antonio Village
P.O. Box 510007, Saipan, MP 96950
Telephones: (670) 664-2004/5/6/7/8
Fax: (670) 664-3153

## APPLICATION FOR ENTRY PERMIT

File No. _____     $100.00     Fee Stamp
                                       # 174 8652
_____
Date of Application

### DO NOT WRITE IN THIS SPACE

Entry Permit Category _____

For Multiple _____✓_____     Expired on _____     Application Issued
Approved _____  Disapproved     5-10-07          Signature

### APPLICANTS MUST PRINT OR TYPE THE FOLLOWING INFORMATION

I hereby apply for permission to enter the Commonwealth of the Northern Mariana Islands
and in support of my application submit the following information:

1. Passport No. X 030/422    Issued by MUHAMMAD ZULQAR NAIN Date of Issued DEC 21, 2005

Date of Expiration DEC 20, 2010    Type of Document _____

2. Family Name: AMIN   Given: MD   Middle Name: RUHUL   Date (Mo. Day. Yr.) Place of Birth BANGLADESH 10/20/1976

4. Social Security No. 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   Permanent Address (No., Street, City, State, Country) So 3708 CK

| 6. Nationality BANGLADESHI | 7. Sex Male ☑ Female ☐ | 8. Heigth 5'5" | 9. Weigth 140 LB | 10. Color Eyes BLACK | 11. Color Hair BLACK |
|---|---|---|---|---|---|

12. Marital Status: Married ☑   Single ☐   Divorce ☐   Separated ☐   No. of Dependents (2)

14] Name of Dependents:
1) Ameena Lyn G. Amin
2) Halimath G. Amin
3) _____

2] Dependent's Age(s):
_____ X _____

3] Dependent's Citizenship:
1) U.S.
2) U.S.
3) _____

4] Dependent's Passport No.:
_____ X _____

15. Purpose of Visit to CNMI: WORK   To Join Husband

16. Name of Sponsor or Reference in CNMI: ROSE MAYO OMAR AMIN

17. How long do you intend to stay? 1 year

18. Name and Address of previous employer in CNMI: ALL AROUND SECURITY INC.

19. Address in CNMI DURING PROPOSED STAY. Garapan

20. Present profession or occupation: SECURITY GUARD

21. Citizen or Naturalized Citizen of which Countries? Bangladesh

22. Additional passport(s) Issued to you or possessed by you:
Country: 1) ___ X ___ 2) _____ 3) ___ X ___
Passport No: 1) _____ 2) ___ X ___ 3) _____

23. Do you have a return air ticket? Yes ☐ No ☑

24. Have you ever been granted a CNMI Entry Permit before? Yes ☑ No ☐

25. If yes, Date: _____ Number: # 133405

26. Name and Address of present employer in CNMI: Taxi Driver

27. Amount of money (cash or negotiable) brought in $ _____

28. Do you now or have you ever had a dangerous infections or communicable disease? Yes ☐ No ☑

29. If yes to question 28, name of disease. NA

30. Have you ever been deported from the CNMI? Yes ☐ No ☑

31. If yes, when (Date) NA
explain in full on Reverse side

32. Have you ever been convicted of any crime? Yes ☐ No ☑

33. If yes to question No. 32, explain in full on reverse side.

34. Have you ever been denied entry to the CNMI? Yes ☐ No ☑

35. If yes to question No. 34, explain in full on reverse side. NA

36. Intended Date of arrival/departure DEC 1996

37. Tel. No. for local contact. 233-1741
287-1740

Form CNMI 002
Revised 2/20/93

(continue on reverse page)

GOVERNMENT EXHIBIT 3

| Explanations for question 28. et. seg. |
| --- |
|  |
|  |
|  |

| Explanations for question 35. et. seg. |
| --- |
|  |
|  |
|  |
|  |

I have read and understand the provisions of this application. I swear, under the penalty of perjury, that the information I have provided is true and correct. I understand that both myself as the applicant, and any agent acting on my behalf are responsible for any incomplete, false, misleading information of facts to any CNMI agency relying on information in the application for an entry permit. Any of the above-delineated acts of fraud will constitute proper grounds for revocation of the permit, exclusion or deportation from the CNMI and or other criminal or civil penalties.

_____          _____
Signature of Applicant                                    Date

Subscribed and Sworn to before me this _____ day of _____, 20_____.

_____
NOTARY PUBLIC

AGENT SUBMITTING FORM:

38. Name of Agent submitting application: _____

39. Form of Identification presented: _____

40. By my signature appearing below, I acknowledge that I am responsible for the accuracy and completeness of information provided in this application form and that I am also liable for my misrepresentation or concealment of facts and I am subject to criminal and civil penalties for any false, incomplete or inaccurate information. I swear under penalty of perjury that the information provided in this form is true, correct, accurate and complete.

Date: _____                                    _____
                                                                            Signature of Agent for Applicant

Witnessed by: _____  0 9 MAY 2007

_____
Title

Application must be accompanied by:

(1) Copy of Birth Certificate/Passport            (6) Original Landing Form (958)

(2) Copy of Police Clearance                          (7) Copy of Marriage Certificate (if applicable)

(3) Photograph 1 ea., 1-1/2 x 1-1/2              (8) Filing Fee: ☐ $100.00

(4) Personal Financial Statement (if applicable)  (9) Affidavit of Support

(5) Return / Onward Ticket                            (10) Any further documents as may be required

## GENERAL INFORMATION

VISITORS AND TOURISTS MAY NOT WORK FOR COMPENSATION.
COMPLETED APPLICATIONS FOR EXTENSIONS OR TRANSFERS OF STATUS MUST BE SUBMITTED AT LEAST TEN (10) DAYS PRIOR TO EXPIRATION OF THE CURRENT PERMIT.
ALIENS ENTERING THE CNMI MUST COMPLY WITH THE REQUIREMENTS OR CONDITIONS OF THEIR ENTRY. ISSUANCE OF ENTRY PERMITS SHALL NOT BE CONSTRUED TO ENTITLE ANY ALIEN TO ENTER THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, IF UPON ARRIVAL AT PORT OF ENTRY IN THE COMMONWEALTH, THE ALIEN IS FOUND TO BE EXCLUDABLE UNDER ANY PROVISIONS OF LAW. (4 CMC §4331[g].)

Amin 00015

U.S. DEPARTMENT OF STATE

# APPLICATION FOR A U.S. PASSPORT

OMB APPROVAL NO. 1405-0004
EXPIRATION DATE 03/31/2005
ESTIMATED BURDEN: See Instruction Page 3

W... statements made knowingly and willfully in passport applications, including affidavits or other supporting do... therewith, are punishable by fine and/or imprisonment under the provisions of 18 U.S.C. 1001, 18 U.S.C. 15... .S.C. 1621. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/o... ant under the provisions of 18 U.S.C. 1543. The use of a passport in violation of the restrictions contained therein or of the passport regulations is punishable by fine and/or imprisonment under 18 U.S.C. 1544. All statements and documents are subject to verification.

**When completing this form, PRINT IN BLUE OR BLACK INK ONLY.**

121430252

☐ 5 Yr. ☐ 10 Yr.    Issue Date

☐ R ☐ D ☐ O ☐ DP

End. #                    Exp.

| | |
|---|---|
| **Last** AMIN | **Suffix (Jr., Sr., III)** |
| **First** ROSE | **Middle** MAYO |

5-2-83

☒ SAIPAN (mnp) 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

DS 11 06 2005

| **Feet** 4 | **Inches** 11 | BROWN | BLACK | CASHIER | MR GAS |

**Street / RFD # OR Post Office Box** P.O. BOX 503708    **Apartment #**

**City** SAIPAN    **State** MP    **ZIP Code** 96950

**Country (if outside the US)**    **In Care of (if applicable)** MP-322-3769

**Street / RFD # (DO NOT LIST P.O. BOX)** Hawsaw ST. TANAPAG    **Apartment #**

**City** SAIPAN    **State** MP    **ZIP Code** 96950

(670) 287-1740    (670) 322-3769

**Name in which your most recent passport was issued.**    **Status of most recent passport.** ☐ Submitted ☐ Stolen ☐ Lost Other_____

**Most recent passport number.**    **Approximate date your most recent US passport was issued or date you applied. (mm/dd/yyyy)**

**Date of Trip (mm/dd/yyyy)**    **Length of Trip**    **Countries to be Visited**

**Spouse's or Former Spouse's Full Name** MD. RUHUL AMIN    **Is your spouse (or former spouse) a U.S. citizen?** YES ☐ NO ☒

| **Date of Birth** 10-20-1976 | **Place of Birth** BANGLADESH | **Date of Most Recent Marriage** 5/9/07 | **Widowed?** ☐ **Divorced?** ☐ Give Date: |

1) //Reyes    2)    3)    4)

GOVERNMENT EXHIBIT 4

DS-11
08/2005

NAME OF APPLICANT (Last, First, Middle)    Date of Birth (mm/dd/yyyy)

| Last | First | Middle | | |
|---|---|---|---|---|
| REYES | PERFIDIO | OMAR | 10-13-82 | SAIPAN |
| REYES | PEDRO | SANICOLAS | 2-5-36 | SAIPAN |
| | X ☐ | | | ☒ ☐ |

**Name** MD. RUHUL AMIN    **Street / RFD #** TANAPAG

**Apartment #**    **City** SAIPAN    **State** MP    **ZIP Code** 96950

**Telephone** (670) 287-1740    **E-mail Address** (Optional)    **Relationship** HUSBAND

## (STOP!) DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY PERSON ADMINISTERING OATH.

I declare under penalty of perjury that I am a United States citizen (or non-citizen national) and have not, since acquiring United States citizenship (or U.S. nationality), performed any of the acts listed under "Acts or Conditions" on the reverse of this application form (unless explanatory statement is attached). I declare under penalty of perjury that the statements made on this application are true and correct.

X _Mama_
**Applicant's Signature — age 14 and older**

X _____
**Mother's/Legal Guardian's Signature (if identifying minor)**

X _____
**Father's/Legal Guardian's Signature (if identifying minor)**

### Applicant's or Father's Identification information

**Type of Document**    **Issue Date** 11/06/06
☐ Driver's License
☐ Passport    **Expiration Date** 11/06/09
☐ Military Identification    **Place of Issue** Saipan
☑ Other (Specify) mayor's
**Name** Rose Mayo Reyes aka Amin
**ID Number** 09155

### Mother's Identification information

**Type of Document**    **Issue Date**
☐ Driver's License
☐ Passport    **Expiration Date**
☐ Military Identification    + Marriage Place of Issue
☐ Other (Specify)    cert'd
**Name**
**ID Number** 18404

## FOR ACCEPTANCE AGENT USE ONLY

**Facility Identification Number** _____

☑ Acceptance Agent; Facility Name & Location
Saipan, mp

☐ (Vice) Consul USA; Location _____

☐ Passport Services' Staff Agent _____

**Subscribed & sworn to (affirmed) before me**

_signature_    **Date** 08/23/07    (SEAL)

(Signature of person authorized to accept applications)

## For Issuing Office Use Only

**Name as it appears on citizenship evidence:** Rose Mayo Omar Reyes

☑ Birth Certificate: MP    CR    City    **File Date** 6/15/83    **Issue Date** 11/6/06
☐ Passport    Issue Date:
☐ Report of Birth: 240 545 1350    Issue Date:
☐ Naturalization Certificate    Issue Date:    Cert. #:
☐ Citizenship Certificate    Issue Date:    Cert. #:
☐ Other: CNMI marr cert - Dcm: 5/9/07
☑ Seen & Returned
☑ Attached: PL 94-241 Sec 501 1

APPLICATION APPROVAL

FEE 67    EXEC 30    EF 60    OTHER _____

DS-11    Sabangan    Page 2 of 2

Amin 00017

## 1. PROOF OF U.S. CITIZENSHIP

a.  APPLICANTS BORN IN THE UNITED STATES:  Submit a previous U.S. passport or certified birth certificate.  A birth certificate must include your given name and surname, date, and place of birth, date the birth record was filed, and the seal or other certification of the official custodian of such records.

(1)  If the birth certificate was filed more than 1 year after the birth:  It must be supported by evidence described in the next paragraph.

(2)  If no birth record exists:  Submit a registrar's notice to that effect.  Also submit an early baptismal or circumcision certificate, hospital birth record, early census, school, or family Bible records, newspapers or insurance files, or notarized affidavits of persons having knowledge of your birth (in addition to at least one record listed above).  Evidence should include your given name and surname, date and place of birth, and the seal or other certification of the office (if customary) and the signature of the issuing official.

b.  APPLICANTS BORN OUTSIDE THE UNITED STATES:  Submit a previous U.S. passport, Certificate of Naturalization, Certificate of Citizenship, Report of Birth Abroad, or evidence described below.

(1)  If You Claim Citizenship Through Naturalization Of Parent(s):  Submit the Certificate(s) of Naturalization of your parent(s), your foreign birth certificate, and proof of your admission to the United States for permanent residence.

(2)  If You Claim Citizenship Through Birth Abroad To One U.S. Citizen Parent:  Submit a Consular Report of Birth (Form FS-240), Certification of Birth (Form DS-1350 or FS-545), or your foreign birth certificate, proof of citizenship of your parent, your parents' marriage certificate, and an affidavit showing all of your U.S. citizen parent's periods and places of residence/physical presence in the United States and abroad before your birth.

(3)  If You Claim Citizenship Through Birth Abroad To Two U.S. Citizen Parents:  Submit a Consular Report of Birth (Form FS-240), Certification of Birth (Form DS-1350 or FS-545), or your foreign birth certificate, parents' marriage certificate, proof of citizenship of your parents', and an affidavit showing all of your U.S. citizen parents' periods and places of residence/physical presence in the United States and abroad before your birth.

(4)  If You Claim Citizenship Through Adoption by a U.S. Citizen Parent(s):  Submit evidence of your permanent residence status, full and final adoption, and your U.S. citizen parent(s) evidence of legal and physical custody.  (Please note:  Acquisition of U.S. citizenship for persons born abroad and adopted only applies if the applicant was born on or after 02/27/1983)

c.  ADDITIONAL EVIDENCE:  When necessary, we may ask you to provide additional evidence to establish your claim to U.S. citizenship.

## 2. PROOF OF IDENTITY

You must establish your identity to the satisfaction of the acceptance agent.

You may submit items such as the following containing your signature AND physical description or photograph that is a good likeness of you: previous U.S. passport; Certificate of Naturalization, Certificate of Citizenship, driver's license (not temporary or learner's license); or government (Federal, State, municipal) employee identification card or pass.  Temporary or altered documents are not acceptable.  When necessary, we may ask you to provide additional evidence to establish your identity.

IF YOU CANNOT PROVIDE DOCUMENTARY EVIDENCE OF IDENTITY as stated above, you must appear with an IDENTIFYING WITNESS who is a U.S. citizen, non-citizen U.S. national, or permanent resident alien who has known you for at least 2 years.  Your witness must prove his or her identity and complete and sign an Affidavit of Identifying Witness (Form DS-71) before the acceptance agent.  You must also submit some identification of your own.

## 3. TWO RECENT COLOR PHOTOGRAPHS

Submit two color photographs of you alone, sufficiently recent to be a good likeness of you (normally taken within the last six months), and 2x2 inches in size.  The image size measured from the bottom of your chin to the top of your head (including hair) should not be less than 1 inch and not more than 1-3/8 inches.  The photographs must be color, clear, with a full front view of your face, and printed on thin paper with plain light (white or off-white) background.  They must be capable of withstanding a mounting temperature of 225°F (107°C).  The photographs must be taken in normal street attire, without a hat, head covering, or dark glasses unless a signed statement is submitted by the applicant verifying the item is worn daily for religious purposes or a signed doctor's statement is submitted verifying the item is used daily for medical purposes.  Photographs retouched so that your appearance is changed are unacceptable.  Snapshots, most vending machine prints, and magazine or full-length photographs are unacceptable.  Digitized photos must meet the previously stated qualifications and will be accepted for use at the discretion of Passport Services.  (Visit our website for details.)

## 4. FEES

a.  If you are 16 years of age or older:  The passport processing fee is $55, the application execution fee is $30, and the security surcharge is $12, therefore your total cost for the passport will be $97.  Your passport will be valid for 10 years from the date of issue except where limited by the Secretary of State to a shorter period.  (See information below about the additional cost for expedited service.)

b.  If you are under 16 years of age:  The passport processing fee is $40, the application execution fee is $30, and the security surcharge is $12, therefore your total cost for the passport will be $82.  Your passport will be valid for 5 years from the date of issue except where limited by the Secretary of State to a shorter period.  (See information below about the additional cost for expedited service.)

### BY LAW, THE PASSPORT PROCESSING, EXECUTION, AND SECURITY FEES ARE NON-REFUNDABLE.

- **The passport processing, execution, and security fees may be paid in one of the following forms:** Checks (personal, certified, traveler's); major credit card (Visa, Master Card, American Express, and Discover); bank draft or cashier's check; money order (U.S. Postal, international, currency exchange), or if abroad, the foreign currency equivalent, or a check drawn on a U.S. bank.  All fees should be payable to the "U.S. Department of State" or if abroad, the appropriate U.S. embassy or U.S. consulate.  When applying at a designated acceptance facility, the $30 execution fee should be made payable to the acceptance facility.  **NOTE:  Some designated acceptance facilities do not accept credit cards as a form of payment.**

- **For faster processing,** you may request expedited service.  Expedited requests will be processed in three workdays from receipt at a passport agency.  The additional fee for expedited service is $60.  Therefore, if you choose to request expedited service and you are 16 years of age or older the **total cost of your U.S. passport will be $157** and if you are 15 years of age or younger the **total cost of your U.S. passport will be $142.**  Expedited service is available only in the United States.

- **If you desire SPECIAL POSTAGE SERVICE** (overnight mail, special delivery, etc.) include the appropriate postage fee with your payment.

- An additional $60 fee will be charged when, upon your request, the U.S. Department of State verifies issuance of a previous U.S. passport or Consular Report of Birth Abroad because you are unable to submit evidence of U.S. citizenship.

- **For applicants with U.S. Government or military authorization for no-fee passports,** no fees are charged except the execution fee when applying at a designated acceptance facility.

- If you choose to provide your e-mail address in Item #12 on this application, Passport Services will only use that information to contact you in the event there is a problem with your application or if you need to provide additional information to us.

Section 6039E of the Internal Revenue Code (26 U.S.C. 6039E) requires you to provide your Social Security Number (SSN), if you have one, when you apply for a U.S. passport or renewal of a U.S. passport. If you have not been issued a SSN, enter zeros in box #5 of this form. If you are residing abroad, you must also provide the name of the foreign country in which you are residing. The Department of State must provide your SSN and foreign residence information to the Department of Treasury. If you fail to provide the information, you are subject to a $500 penalty enforced by the IRS. All questions on this matter should be directed to the nearest IRS office.

If you send us a check, it will be converted into an electronic funds transfer (EFT). This means we will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will usually occur within 24 hours, and will be shown on your regular account statement.
You will not receive your original check back. We will destroy your original check, but we will keep the copy of it. If the EFT cannot be processed for technical reasons, you authorize us to process the copy in place of your original check. If the EFT cannot be completed because of insufficient funds, we may try to make the transfer up to two times and we will charge you a one-time fee of $25, which we will also collect by EFT.

31 U.S.C. 7701 requires persons "doing business" with a federal agency to provide their social security numbers to that agency. Because the Department of State collects fees for the provision of passport services to you, you are considered a person "doing business" with the Department. Passport service fees are established by law and regulation (see 22 U.S.C. 214, 22 CFR 22.1, and 22 CFR 51.61-66) and are collected at the time you apply for the passport service. If the Department fails to receive full payment of the applicable fees, because, for example, your check is returned for any reason or you dispute a passport fee charge to your credit card, the Department of State will take action to collect the delinquent fees from you under 22 CFR Part 34 and the Federal Claims Collection Standards (see 31 CFR Parts 900-904). In accordance with the Debt Collection Improvement Act (Pub.L. 104-134), if the fees remain unpaid after 180 days and no repayment arrangements have been made, the Department will refer the debt to the Department of Treasury for collection. Debt collection procedures used by Treasury may include referral of the debt to private collection agencies, reporting of the debt to credit bureaus, garnishment of private wages and administrative offset of the debt by reducing or withholding eligible Federal payments (e.g. tax refunds, social security payments, federal retirement, etc.) by the amount of your debt, including any interest penalties or other costs incurred.
In addition, non-payment of passport fees may result in the invalidation of your passport. An invalidated passport cannot be used for travel.

In addition to reporting your Social Security Number to Treasury and using it in connection with debt collection, the Department checks Social Security Numbers against lists of persons ineligible or potentially ineligible to receive a U.S. passport.

You are not required to provide the information requested on this form unless the form displays a currently valid OMB number. We try to create forms and instructions that can be easily understood. Often this is difficult to do because our citizenship laws are very complex. The estimated burden time for this information collection is 85 minutes, which includes the time required to search existing data sources, gather the necessary data, complete and review this form, and provide and submit the form and any additional information required. If you have comments concerning the accuracy of this time estimate or suggestions for making this form simpler, we would be happy to hear from you. You can write to us at: U.S. Department of State (A/RPS/DIR) Washington, DC 20520.

A United States citizen may not normally bear more than one valid or potentially valid U.S. passport at a time. Therefore, it is necessary to submit a statement with an application for a new U.S. passport when a previous valid or potentially valid U.S. passport cannot be presented with an application for a new passport. Your statement must detail why the previous U.S. passport cannot be presented.
The information you provide regarding your lost or stolen U.S. passport will be placed into our Consular Lost/Stolen Passport System. This system is designed to prevent the misuse of your lost or stolen U.S. passport. Anyone using the passport book reported as lost or stolen may be detained upon entry into the United States. Should you locate the U.S. passport reported lost or stolen at a later time, report it as found and submit it for cancellation. It has been invalidated. You may not use that passport for travel.

**PROTECT YOURSELF AGAINST IDENTITY THEFT—REPORT YOUR LOST OR STOLEN PASSPORT!**
For more information or to report your lost or stolen passport by phone, call NPIC or visit our website at travel.state.gov.

DS-11

Instruction Page 3 of 4

(If any of the below-mentioned acts or conditions have been performed by or apply to the applicant, the portion which applies should be lined out, and a supplementary explanatory statement under oath (or affirmation) by the applicant should be attached and made a part of this application.) I have not, since acquiring United States citizenship/nationality, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States, or before a diplomatic or consular officer of the United States in a foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down, or to destroy by force, the Government of the United States.

**AUTHORITIES:** Collection of the information solicited on this form is authorized by Titles 8, 22, and 26 of the United States Code, whether or not codified, including specifically 22 U.S.C. 211a et seq.; 26 U.S.C. 6039E, Section 236 of the Admiral James W. Nance and Meg Donovan Foreign Relations Authorization Act, Fiscal Years 2000 and 2001; Executive Order 11295 (August 5, 1966); and 22 CFR parts 50 and 51.

**PURPOSE:** The primary purpose for soliciting the information is to establish citizenship, identity, and entitlement to issuance of a U.S. passport.

**ROUTINE USES:** The information solicited on this form may be made available as a routine use to other government agencies to assist the U.S. Department of State in adjudicating passport applications and requests for related services, and for law enforcement and administrative purposes. The information may be made available to foreign government agencies to fulfill passport control and immigration duties. The information may also be provided to foreign government agencies, international organizations and, in limited cases, private persons and organizations to investigate, prosecute, or otherwise address potential violations of law or to further the Secretary's responsibility for the protection of U.S. citizens and non-citizen nationals abroad. The information may be made available to private U.S. citizen 'wardens' designated by the U.S. embassies and consulates. For a more detailed listing of the routine uses to which this information may be put, see the Prefatory Statement of Routine Uses and the listing of routine users set forth in the system descriptions for Overseas Citizen Services Records (State-05) and Passport Records (State-26) published in the Federal Register.

**CONSEQUENCES OF FAILURE TO PROVIDE INFORMATION:** With the exception of your Social Security Number (see Federal Tax Law statement on Instruction Page 3), you are not legally required to provide the information requested on this form. However, failure to do so may result in Passport Services' refusal to accept your application or result in the denial of a U.S. passport.

The State Department will begin issuing a new type of passport containing an embedded electronic chip and called an "Electronic Passport". The new passport will continue to be proof of the bearer's United States citizenship/nationality and identity, and will look and function in the same way as a passport without a chip. The addition of an electronic chip in the back cover will enable the new passport to carry a duplicate electronic copy of all information from the data page. The new passport will be usable at all ports-of-entry, including those that do not yet have electronic chip readers.

Use of the electronic format will provide the traveler the additional security protections inherent in chip technology. Moreover, when used at ports-of-entry equipped with electronic chip readers, the new passport will provide for faster clearance through some of the port-of-entry processes.

Issuance of this new passport will be phased in incrementally. It is expected that by late 2006 nearly all U.S. passports will be issued in this new format. The new passport will not require special handling or treatment, but like previous versions should be protected from extreme bending and from immersion in water. The electronic chip must be read using specially formatted readers, and is not susceptible to unauthorized reading.

The cover of the new passport will be printed with a special symbol representing the embedded chip. The symbol will appear in port-of-entry areas where the electronic passport can be read.

You may use this application if you meet all of the provisions listed on Instruction Page 2, however you must CONSULT YOUR SPONSORING AGENCY FOR INSTRUCTIONS ON PROPER ROUTING PROCEDURES BEFORE FORWARDING THIS APPLICATION. Your completed passport will be released to your sponsoring agency for forwarding to you.





UNITED STATES DEPARTMENT OF STATE
DIPLOMATIC SECURITY SERVICE

LOS ANGELES FIELD OFFICE



# SWORN STATEMENT

DATE: Dec. 2 2007    LOCATION : Garapan  Saipan

I  ROSE MAYO OMAR REYES  , hereby make the following
written statement voluntarily to  Justin Otto
who has been identified to me as a Special Agent of the U.S.
Department of State, Diplomatic Security Service.

I first met M.D. Rughul amin on october 29 07
at my uncle sidroi house in matuis. He wanted to
marry me to have immediate relative immigration
status to get a better job in Saipan, he offered me
$20.00 a week to stay married to him. Since october 2006,
he has paid me 300 to 400 Dollars, boughts me
clothes and a cellphone. our marriage is not real,
it is a fake marriage. we have never slept together,
He sleeps in garapan at a barax, and I slep in
my home in tapapag. I agreed to this fake marriage,
because I am poor and needed the money.

PAGE ____ OF ____

GOVERNMENT
EXHIBIT

5

## SWORN STATEMENT
(CONTINUED)

M.D. Ruhul Amin, filled out one of my passport application for my U.S. passport. I don't know why he wanted me to get a U.S. passport.

| Date: | Signature: |
| --- | --- |
| | |

Amin 00026

PAGE _____ OF _____

# SWORN STATEMENT
## (CONTINUED)

| Date: | Signature: |
|-------|-----------|
|       |           |

Amin 00027

PAGE _____ OF _____





## SWORN STATEMENT

I have read the above statement, which consists of _____ pages.
I hereby swear or affirm that the information contained in this
statement is the truth to the best of my knowledge.

SIGNED: _*signature*_____

PRINTED: ROSE MAYO OMAR REYES

ADDRESS: TAVABAG, HAPAO ST.

_____


Subscribed and sworn to before me on this _2_ day of

_December_ , 20 _007_ .

SIGNED: _*signature*_____

PRINTED: _Justin Otto_____
**Special Agent**
**U.S. Department of State**

SIGNED: _*signature*_____

PRINTED: _Landro Zuñes_____
Witness

SIGNED: _____

PRINTED: _____
Witness

Amin 00028

PAGE _____ OF _____