LEONARDO M. RAPADAS
United States Attorney
ERIC S. O'MALLEY
Assistant United States Attorney
DISTRICT OF THE NORTHERN
 MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2980
Fax: (670) 236-2985

Attorneys for United States of America

FILED
Clerk
District Court

MAR -3 2008

For The Northern Mariana Islands
By_____
     (Deputy Clerk)

## UNITED STATES DISTRICT COURT
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>AMIN, MOHAMAD RUHUL,<br><br>            Defendant. | Criminal Case No. 08-00002<br><br>GOVERNMENT'S PROPOSED<br>VERDICT FORM<br><br>Trial: March 10, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Alex R. Munson |

The government, by and through its undersigned attorneys, hereby submits the attached proposed verdict form in the above- captioned case, reserving the right to amend such form if necessary.

LEONARDO M. RAPADAS
United States Attorney

DATED: March 3, 2008

By: _____
ERIC S. O'MALLEY
Assistant U.S. Attorney

# UNITED STATES v. AMIN, MOHAMAD RUHUL
## PROPOSED VERDICT FORM

We, the jury, render the following unanimous verdict as to Counts One, Two and Three of the Indictment:

**Count One: Conspiracy to Defraud the United States**

As to Count One, conspiracy to defraud the United States in violation of Title 18, United States Code, Section 371, we the jury find the defendant, AMIN, MOHAMAD RUHUL:

_____ GUILTY          _____ NOT GUILTY

**Count Two: False Statement in Application for a Passport**

As to Count Two, knowingly and intentionally making a false statement in an application for a United States Passport, in violation of Title 18, United States Code, Sections 1542 and 2, we the jury find the defendant, AMIN, MOHAMAD RUHUL:

_____ GUILTY          _____ NOT GUILTY

**Count Three: Subornation of Perjury**

As to Count Three, subornation of perjury, in violation of Title 18, United States Code, Section 1622, we the jury find the defendant, AMIN, MOHAMAD RUHUL:

_____ GUILTY          _____ NOT GUILTY

_____
Jury Foreperson

CERTIFICATION

I, as Foreperson, certify that the above decision represents the unanimous verdict of each and every juror in this case.

_____
Jury Foreperson

Dated: _____
Saipan, CNMI