F I L E D
Clerk
District Court

MAR - 5 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  Colin M. Thompson, Esq.
   Thompson Law Office, LLC
2  J.E. Tenorio Building
   PMB 917, Box 10001
3  Saipan, Mariana Islands 96950
   Telephone: (670) 233-0777
4  Facsimile: (670) 233-0776

5  *Attorney for Defendant*

6              IN THE UNITED STATES DISTRICT COURT

7                          FOR THE

8                  NORTHERN MARIANA ISLANDS

9

10  UNITED STATES OF AMERICA,              CRIMINAL CASE NO. 08-00002

11              Plaintiff,                 DECLARATION OF COLIN M.
                                           THOMPSON IN SUPPORT OF EX-
12       v.                                PARTE APPLICATION FOR
                                           GOVERNMENT FUNDED
13  AMIN, MOHAMAD RUHUL.                   INVESTIGATOR

14              Defendant.

15

16

17       I, Colin M. Thompson, state as follows:

18       1.    I am an attorney licensed to practice law in the United States Federal District Court

19       of the Commonwealth of the Northern Mariana Islands and am the Court appointed

20       attorney for the defendant Md. Ruhul Amin.

21       2.    On or about January 11, 2008 my client was charged by indictment with three

22       Counts including Conspiracy, Title 18, U.S.C §371, False Statement in Application

23       for Passport, Title 18 U.S.C. § 1542 and Subordination of Perjury  in violation of

24       Title 18 U.S.C. §1622.

25       3.    There are witnesses to interview in order to prepare the defense.  Interviewing

         witnesses requires the assistance of an investigator.  If the Court requires more

- 1 -

information on this subject in order to grant this application, I will provide it at an Ex-Parte Hearing.

4.    My client would pay for the investigator if he was not indigent.

I declare under penalty of perjury of the laws of the United States of the America that the foregoing statement is true and accurate to the best of my knowledge.

Respectfully submitted this 4th day of March, 2008.


_____/s/_____
**COLIN M. THOMPSON**
Attorney At Law