Colin M. Thompson, Esq.
Thompson Law Office, LLC
J.E. Tenorio Building
PMB 917, Box 10001
Saipan, Mariana Islands 96950
Telephone: (670)233-0777
Facsimile: (670) 233-0776

*Attorney for Defendant*

F I L E D
Clerk
District Court

MAR -5 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMIN, MOHAMAD RUHUL.<br><br>**Defendant.** | CRIMINAL CASE NO. 08-00002<br><br>REQUEST TO PARTICIPATE VIA TELEPHONE AT MOTION HEARING<br><br>Date: March 7, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Alex R. Munson |

**COMES NOW**, Defendant Md. Ruhul Amin by and through his counsel of record, Colin M. Thompson requesting the Court to allow counsel to participate via telephone at the motion hearing set for March 7, 2008 at 10:00 a.m.

Executed this 4th day of March, 2008.

/s/
_____
**COLIN M. THOMPSON**
Attorney At Law