Colin M. Thompson, Esq.
Thompson Law Office, LLC
J.E. Tenorio Building
PMB 917, Box 10001
Saipan, Mariana Islands 96950
Telephone: (670)233-0777
Facsimile: (670) 233-0776

*Attorney for Defendant*

F I L E D
Clerk
District Court

MAR - 5 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL CASE NO. 08-00002** |
| **Plaintiff,** | **DEFENDANT'S  EXHIBIT LIST** |
| **v.** | **Date: March 10, 2008** |
| **AMIN, MOHAMAD RUHUL.** | **Time: 9:00 a.m.** |
| | **Judge: Hon. Alex R. Munson** |
| **Defendant.** | |

**COMES NOW**, Defendant Md. Ruhul Amin by and through his counsel of record, Colin M. Thompson to submit the attached list of exhibits that the defendant may so introduce in his case-in-chief, while reserving the right to amend or supplement this list as needed.

Executed this 5th day of March, 2008.

/s/
_____
**COLIN M. THOMPSON**
Attorney At Law

1

## UNITED STATES vs. AMIN, MOHAMAD RUHUL

## EXHIBITS

1. Defendant's two children namely: Ameena Lyn G. Amin 4 years of age and Tashana Halimah G. Amin, 1 year old kid *(Defendant's Exhibit A)*.





DEFENDANT'S
EXHIBIT