Colin M. Thompson, Esq.
Thompson Law Office, LLC
J.E. Tenorio Building
PMB 917, Box 10001
Saipan, Mariana Islands 96950
Telephone: (670)233-0777
Facsimile: (670) 233-0776

*Attorney for Defendant*

F I L E D
Clerk
District Court

MAR -5 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMIN, MOHAMAD RUHUL.<br><br>**Defendant.** | CRIMINAL CASE NO. 08-00002<br><br>DEFENDANT'S REQUESTED JURY VOIR DIRE QUESTIONS<br><br>Date: March 10, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Alex R. Munson |

**COMES NOW**, Defendant Md. Ruhul Amin by and through his counsel of record, Colin M. Thompson to request that the Court ask the attached questions during jury voir dire, in addition to those questions customarily asked by the Court.

Executed this 5th day of March, 2008.

_____/s/_____
**COLIN M. THOMPSON**
Attorney At Law

1

- What is a real marriage?
- Whatever your idea of a real marriage, can you disregard that idea and follow only the instructions' given to you by the Court as to what constitutes a valid marriage?
- Are people from Bangladesh more likely that others to enter a sham marriage? Why?
- Are people from Bangladesh entitled to the some fair treatment as those who are born in the Commonwealth of the Northern Mariana Islands?
- Do you think it is fair that the Government has the burden to prove Mr. Amin's Guilt beyond a reasonable doubt? Why or Why not?
- If the Defendant does not testify in this trial will you hold that against him? Why or why not?
- Do you think that defendant should testify to prove his innocence? Why or why not?