FILED
Clerk
District Court

MAR -5 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MOHAMMED RUHUL AMIN<br><br>Defendant. | Criminal Action No. 08-00002<br><br>Order Re Telephone Participation |

Eric O'Malley
Assistant United States Attorney
P.O. Box 500377
Saipan, MP 96950

Colin M. Thompson
Attorney at Law
PMB 917, Box 10001
Saipan, MP 96950

Counsel for Defendant may participate via telephone at the motion hearing set for Friday, March 7, 2008, at 10:00 a.m., provided he is off-island.

Counsel has provided the court the following cell phone number: 670 287-2777.

IT IS SO ORDERED.

DATED this 5th day of March, 2008.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)