# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

CR-08-00002                                                       March 7, 2008
                                                                 10:10 a.m

### UNITED STATES OF AMERICA -v- MOHAMAD RUHUL AMIN

PRESENT:     HON. ALEX R. MUNSON, Chief Judge Presiding
             RANDY SCHMIDT, Law Clerk
             ABIGAIL ROBINSON, Law Clerk
             SANAE SHMULL,  Court Reporter
             K. LYNN LEMIEUX,  Deputy Clerk
             ERIC O'MALLEY, Assistant U. S. Attorney
             COLIN THOMPSON,   Counsel for Defendant (appeared by phone)

PROCEEDING:    MOTION IN LIMINE

Attorney Colin Thompson was present on behalf of defendant. Government by Eric O'Malley, AUSA.

Rabby Syed was sworn as interpreter/translator of the Bengali language.

Defendant was sworn and examined by the Court.

Attorney Thompson address the Court regarding the Motion in Limine.  No argument from the Government.  Court ruled and stated that an Order would be forthcoming.

Discussions were held regarding the upcoming trial and differences on jury instructions.

Attorney Thompson filed a Motion to Dismiss on this date and stated that he had nothing to add to his motion.  Government stated that they were prepared to argue and did.  Attorney Thompson added further oral argument.  Court took the matter under advisement and stated that a written order would be forthcoming

Attorney Thompson moved to have access to the Law Library at the Court over the weekend. Court so ordered.

Defendant was remanded back into the custody of the U.S. Marshal.

Adjourned  at 10:35 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy