FILED
Clerk
District Court

MAR -7 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Criminal No. 08-00002 |
| ) | |
| Plaintiff  ) | |
| ) | |
| v.  ) | ORDER GRANTING |
| ) | DEFENDANT'S MOTION |
| MD. RUHUL AMIN,  ) | TO HIRE AN INVESTIGATOR |
| ) | |
| Defendant  ) | |
| _____ ) | |

IT IS ORDERED that defendant's motion to hire an investigator, said motion made pursuant to 18 U.S.C. § 3006A(e), is granted, up to a limit of $1,000.00. Should defendant require additional funds, counsel shall first move the court for an increased amount.

DATED this 7th day of March, 2008.

*Alex R. Munson*
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)