F I L E D
Clerk
District Court

MAR 10 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>           Plaintiff,         )<br>                              )<br>    v.                        )<br>                              )<br>                              )<br>AMIN, MOHAMAD RUHUL,          )<br>                              )<br>           Defendant.         )<br>_____) | Criminal Case No. 08-00002<br><br>STIPULATION OF FACTS<br><br>Trial:  March 10, 2008<br>Time:   9:00 a.m.<br>Judge:  Hon. Alex R. Munson |

The parties in the above-captioned case hereby stipulate to those facts attached hereto.

_____
COLIN M. THOMPSON
Counsel for Defendant
DATED: 3/10/08

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

By:_____
ERIC S. O'MALLEY
Assistant U.S. Attorney
DATED: 3-10-08

<u>UNITED STATES v. AMIN, MOHAMAD RUHUL</u>

<u>STIPULATIONS OF FACT</u>

1. Amin, Mohamad Ruhul is a citizen of Bangladesh. He was born on October 20, 1976.

2. According to the C.N.M.I. Division of Immigration, defendant Amin first entered the C.N.M.I. on October 17, 1996, with a Nonresident Workers' permit.

3. In 2002, Amin married Carmilita Guiao, a United States citizen, and switched his immigration status from Nonresident Worker to Immediate Relative.

4. Amin and Ms. Guiao were divorced on January 5, 2007.

5. Rose Mayo Omar Reyes is a United States citizen, and was born on the island of Saipan, Commonwealth of the Northern Mariana Islands, on May 2, 1983.

6. Ms. Reyes and defendant Amin signed an application for a marriage license in the Commonwealth of the Northern Mariana Islands on April 11, 2007.

7. The application for a marriage license was filed with and then signed by the Governor Benigno Fitial on or about April 30, 2007. The application included each party's name, age, citizenship, residence, occupation, whether they were previously married, and the manner of dissolution of any previous marriages.

8. On May 9, 2007, Mr. Reyes and defendant Amin underwent a marriage ceremony performed in the CNMI by an official duly authorized to perform marriage ceremonies before two witnesses.

9. Ms. Reyes applied for a United States passport on August 23, 2007.

-2-