F I L E D
Clerk
District Court

MAR 1 0 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08-00002 |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATED STATEMENT OF THE CASE |
| v. ) | AND ELEMENTS OF THE CHARGES |
| ) | |
| ) | Trial: March 10, 2008 |
| AMIN, MOHAMAD RUHUL, ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Alex R. Munson |
| Defendant. ) | |

The parties in the above-captioned case hereby stipulate and agree to the attached proposed statement of the case and the elements of the charges.

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

/s/                                        By: /s/
COLIN M. THOMPSON            ERIC S. O'MALLEY
Attorney for Defendant              Assistant United States Attorney

DATE: 3/10/08                         DATE: 3·10·8

UNITED STATES v. <u>AMIN, MOHAMAD RUHUL</u>

STATEMENT OF THE CASE

In this case, the government first alleges that the defendant conspired to commit, and actually did commit, the crime of making false statements in an application for a United States passport. The government also alleges the defendant committed the crime of subornation of perjury, which means he convinced another person to make a false statement, either under oath, or under penalty of perjury. The defendant denies these allegations and is presumed innocent until proven guilty beyond a reasonable doubt.

## UNITED STATES v. AMIN, MOHAMAD RUHUL

## ELEMENTS OF THE CHARGES

**Count One: Conspiracy**

<u>First</u>, there was an agreement between two or more persons to commit at least one crime as charged in the Indictment;

<u>Second</u>, the defendant, Mohamad Ruhul Amin, became a member of the conspiracy knowing at least one of its objects and intending to help accomplish it; and

<u>Third</u>, one of the members of the conspiracy performed at least one overt act for the purpose of carrying out the conspiracy, with all of you agreeing on a particular overt act that you find was committed.

**Count Two: False Statement in Application for a Passport**

<u>First</u>, that the defendant, Mohamad Ruhul Amin, knowingly and intentionally made a false or fraudulent statement on an application for a United States passport, and

<u>Second</u>, the defendant intended to secure the issuance of a United States passport.

**Count Three: Subornation of Perjury**

<u>First</u>, the defendant, Mohamad Ruhul Amin, persuaded another person to make at least one false statement under penalty of perjury;

<u>Second</u>, Rose Mayo Omar Reyes falsely stated under oath that the defendant was her spouse and/or that her name was Rose Mayo Amin;

<u>Third</u>, at least one of the statements was material to the application; and

<u>Fourth</u>, Rose Mayo Omar Reyes knew that statement was false.