# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00002                                                  March 10, 2008
                                                             9:15 a.m.


## United States of America -vs- Mohamad Ruhul Amin


PRESENT:    Hon. Alex R. Munson, Chief Judge
            Sanae Shmull, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Eric O'Malley, Assistant U. S. Attorney
            Colin Thompson, Attorney for Defendant
            Mohamad Ruhul Amin, Defendant


Proceedings: Jury Trial - Day One

    Government by Eric O'Malley, AUSA.  Also present at Government's counsel table; Lando Sales, Special Agent, Diplomatic Security Service, United States Department of State.  Defendant, Mohamad Ruhul Amin was present with counsel, Attorney Colin Thompson.  Also at Defense table, Rabby Syed, interpreter of the Bengali language.  41 potential jurors.

    Jurors were sworn and Court began voir dire of Panel 101071001.

    At 11:30 a.m. a panel of 12 regular jurors and 2 alternates were seated.  The jurors are as follows:  **1)Mariana Hansen ; 2) Jose Taitano ; 3) Jesus Somol ; 4) Melinda Naputi; 5)Catrina Concepcion ; 6) Delcina Tudela; 7)Greg Villagomez; 8) Laura Ogo;  9)Alvin Pinaula ; 10)Jerome Atalig ; 11)Sonia Taitano ; 12)Shelwyn Taisacan; Alt. #1);Jessica Pangelinan,  Alt. #2) Melinda Crockett.**

    Jurors were sworn and the remaining jurors in the courtroom were excused.

    Defense moved to exclude all witnesses from the courtroom until called.  Court so ordered.

    Jurors were excused for lunch at 11:30 p.m. and left the Courtroom.

    Government moved to correct certain wording on the Superceding Indictment; no objection by Defense; Court so ordered and made amendments.

Court recessed for lunch break at 11:35 a.m. and reconvened at 1:15 p.m.

Court began introduction to the trial.

At 1:17 p,m.  Court Excuse Juror #8 (Laura Ogo).  Alternate #1 (Jessica Pangelinan) became juror #8.

Court continued with introduction to the trial.

Government began opening statement at 1:23 p.m. and concluded at 1:35 p.m.

Defense began opening statement at 1:35 p.m. and concluded at 1:45 p.m.

Court read stipulated facts to the jurors.

Government called witness:

**LANDO SALES** (Special Agent - Diplomatic Security Service - US Department of State). DX.  Government moved to admit Ex. 1; no objection, Court so ordered. Government moved to admit Ex. 2; no objection, Court so ordered. Government moved to admit Ex. 3; no objection, Court so ordered.  Defense began CX of witness Sales.  RDX.

Court excused the jurors for afternoon break at 2:50 p.m.

Court reconvened at 3:15 p.m.

Government called witness:

**DAISY REYES**.  DX. CX.  Defense moved for admission of Ex. A (Magistrate Waiver); no objection; Court so ordered.   Defense moved for admission of Ex. B (Photo of Amin's daughter); no objection; Court so ordered. RDX.

Government called witness:

**CASSANDRA CHUELIUK**.  DX. CX.

Government called witness:

**ANDREW OMAR REYES**. DX.

Government called witness:

**CARMELITA GUIAO**.  DX.

Government called witness:

**ROSE MAYO OMAR REYES**.  DX.

Jurors were excused for the evening at 4:30 p.m. and admonished not to talk with anyone about the case.  Further, jurors were ordered to return tomorrow at 9:00 a.m. to continue the trial.

Adjourned at 4:40 p.m.

By: _____/s/_____
K. Lynn Lemieux
Courtroom Deputy