# CRIMINAL JURY PEREMPTORY CHALLENGE SHEET

| DATE | Monday, March 10, 2008 | DOCKET NO. | CR-08-00002 |
|---|---|---|---|
| CAPTION | United States of America  -vs- | | Mohamad Ruhul Amin |
| ATTORNEYS | Eric O'Malley, AUSA | | Colin Thompson, Esq. |

| | 7 | | 8 | | 9 | | 10 | | 11 | | 12 | | ALTERNATE 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Villagomez, Greg | DP | ~~Sanchez, Teresita~~ | GP | ~~Camacho, Jason~~ | DP | ~~Aguon, Jotonia~~ | DP | ~~San Nicolas, Joaquin~~ | CC | ~~Aldan, Jeffrey~~ | CC | ~~Wallace, Mark~~ |
| | | DP | ~~King, Kurt~~ | | Pinaula, Alvin | | Atalig, Jerome | CC | ~~Castro, Jeremy~~ | | Taisacan, Shelwyn | | Crockett, Melinda |
| | | DP | ~~Magofna, Antonio~~ | | | | | | Taitano, Sonia | | | | |
| | | | Ogo, Laura | | | | | | | | | | |

| | 1 | | 2 | | 3 | | 4 | | 5 | | 6 | | ALTERNATE 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hansen, Mariana | DP | ~~Quitugua, Phillip~~ | GP | ~~Esteves, Maria~~ | | Naputi, Melinda | | Concepcion, Catrina | DP | ~~Duenas, Rowena~~ | | Pangelinan, Jessica |
| | | GP | ~~Kim, Teresa~~ | | Somol, Jesus | | | | | | Tudela, Delcina | | |
| | | DP | ~~Takai, Diego~~ | | | | | | | | | | |
| | | DP | ~~Cruz, Lucia~~ | | | | | | | | | | |
| | | | Taitano, Jose | | | | | | | | | | |

CODES:  **CC** = *Challenge for Cause*   **DP** = *Defendant's Peremptory Challenge*   **GP** = *Government's Peremptory Challenge*

Form NMI-CRJY01 (Rev. 06/01)

## CHALLENGES TAKEN

| PLAINTIFF | | DEFENSE | |
|---|---|---|---|
| CHALLENGE | ACTION | CHALLENGE | ACTION |
| 1 | Esteves, Maria | 1 | San Nicolas, Joaquin |
| | | 2 | Quitugua, Phillip |
| 2 | Camacho, Jason | 3 | Sanchez, Teresita |
| | | 4 | Aguon, Jotonia |
| 3 | Kim, Teresa | 5 | King, Kurt |
| | | 6 | Takai, Diego |
| 4 | Pass | 7 | Magofna, Antonio |
| | | 8 | Duenas, Rowena |
| 5 | Pass | 9 | Cruz, Lucia |
| 6 | Pass | 10 | Pass |

### ALTERNATES

| | | | |
|---|---|---|---|
| 1 | Pass | 1 | Pass |
| 2 | | 2 | |