FILED
Clerk
District Court

MAR 11 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

CR 08 - 00002

Rec. 3-11-08
2:27 pm
*[initials]*

Your honor

can we request for

a dictionary

Gregory M. Villagomez
foreperson

NO. All of the information
you need is in the
Jury instructions

*[signature]*