# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

CR-08-00002                                                    March 11, 2008
                                                               9:05 a.m.

## United States of America -vs- Mohamad Ruhul Amin

PRESENT:    Hon. Alex R. Munson, Chief Judge
            Sanae Shmull, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Eric O'Malley, Assistant U. S. Attorney
            Colin Thompson, Attorney for Defendant
            Mohamad Ruhul Amin, Defendant

Proceedings: Jury Trial - Day Two

     Government by Eric O'Malley, AUSA. Also present at Government's counsel table; Lando Sales, Special Agent, Diplomatic Security Service, United States Department of State. Defendant, Mohamad Ruhul Amin was present with counsel, Attorney Colin Thompson. Also at Defense table, Rabby Syed, interpreter of the Bengali language.

     Outside the presence of the Jurors, Attorney Thompson renewed his objections on the record regarding the use of wording " sham marriage". Court so noted for the record.

     Jurors were brought into the Courtroom at 9:10 a.m.

     Government recalled witness:

     **ROSE MAYO OMAR REYES**. DX. Government moved to admit Ex. 4 into evidence; no objection; Court so ordered. CX. Defense moved to admit Ex. C into evidence; over objection, Court so ordered. RDX.

     Government rested their case at 9:38 a.m.

     Jurors were excused from the Courtroom.

     Defense moved for Judgment of Acquittal and argued the motion. Government argued. Court **denied** the motions for Judgment of Acquittal.

     Jurors were brought back into the Courtroom at 10:55 a.m.

     Defense rested their case at 10:55 a.m.

     Jurors left the Courtroom at 10:56 a.m.

Attorney Thompson objected to certain jury instructions and recommended amendments. Court so noted.   Government argued that certain instructions should remain and not be deleted or amended.  Court so noted.

Court recessed at 10:05 a.m. and reconvened at 10:30 a.m.

Government began opening argument at 10:31 a.m. and concluded at 10:40 a.m.

Defense began closing argument at 10:42 a.m. and concluded at 10:57 a.m.

Government began closing argument at 10:57 a.m. and concluded at 11:03 a.m.

Court read jury instructions to the jurors.

Court thanked and excused Alternate Juror, Melinda Crockett at 11:30 a.m.

Bailiffs were sworn to take the jurors in charge.

Jurors were escorted into the jury deliberation room with all exhibits and verdict form.

Defense moved for Judgment of Acquittal.  Court denied the motion.

Court recessed at 11:40 a.m.

At 2:27 p.m. Court received a note from the jurors and all parties were called to return to the Courtroom.

Court reconvened at 2:55 p.m.

Court read the note to counsel.  After discussion, Court announced what answer he would send in to the jurors.

Court recessed at 3:00 p.m.

Jurors were released for the evening at 4:30 p.m. Jurors were advised to return tomorrow at 9:00 a.m. to continue deliberation.

Adjourned at 4:30 p.m.

By: _____/s/_____
K. Lynn Lemieux
Courtroom Depu