F I L E D
Clerk
District Court

MAR 12 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# CR 08 - 00002



Rec
3-12-08
9:20 AM

We need cups Please

gregory M Villagomez