FILED
Clerk
District Court

MAR 12 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

CR 08 - 00002

Rec 3-12-08
9:32 a m
GR Munson

Your honor we've come to a verdict

Gregory M. Villagomez