# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

CR-08-00002                                          March 12, 2008
                                                     9:00 a.m.

## United States of America -vs- Mohamad Ruhul Amin

PRESENT:    Hon. Alex R. Munson, Chief Judge
            Sanae Shmull, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Eric O'Malley, Assistant U. S. Attorney
            Colin Thompson, Attorney for Defendant
            Mohamad Ruhul Amin, Defendant

Proceedings: Jury Trial - Deliberation

At 9:00 a.m. twelve jurors were present and continued deliberation.

At 9:32 a.m. Court received a note that the jury had reached a verdict and all parties were called to return to the Court.

Court reconvened at 10:00 a.m. with all parties and defendant present.

Court informed the parties that a note indicating that the jurors had reached a verdict had been received. Jurors were escorted into the Courtroom at 10:05 a.m.

The verdict was read as follows: "In the United States District Court of the Northern Mariana Islands, Criminal Case 08-00002; United States of America -vs- Amin, Mohamad Ruhul; VERDICT. We, the jury, render the following unanimous verdict as to Counts One, Two and Three of the Indictment. As to Count One: Conspiracy to Defraud the United States. As to Count One, conspiracy to defraud the United States in violation of Title 18, United States Code, Section 371, we the jury find the defendant, AMIN, MOHAMAD RUHUL: GUILTY. As to Count Two: False Statement in Application for a Passport. As to Count Two, knowingly and intentionally making a false statement in an application for a United States Passport, in violation of Title 18, United States Code, Sections 1542 and 2, we the jury find the defendant, AMIN, MOHAMAD RUHUL: GUILTY. As to Count Three: Subornation of Perjury. As to Count Three, subornation of perjury, in violation of Title 18, United States Code, Section 1622, we the jury find the defendant, AMIN, MOHAMAD RUHUL: GUILTY. Signed by the jury foreperson and dated this twelfth day of March, 2008 in Saipan. CERTIFICATION. I, as Foreperson, certify that the above decision represents the unanimous verdict of each and every juror in this case. "

Jurors were thanked and excused.

  Court informed the defendant that he had been found guilty.  Court set sentencing date for Tuesday, June 17, 2008 at 9:00 a.m. and ordered that the presentence investigation report be due on Tuesday, May 13, 2008.

  Defendant was remanded into the custody of the U.S. Marshal until further order of the Court.

                Adjourned at 10:20 a.m.

                By: _____/s/_____
                   K. Lynn Lemieux
                   Courtroom Deputy