F I L E D
Clerk
District Court

MAR 1 2 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,    )    Criminal Case No. 08-00002
                        )
           Plaintiff,    )
                        )
      v.                   )    VERDICT FORM
                        )
                        )    Trial:  March 10, 2008
AMIN, MOHAMAD RUHUL,    )    Time:  9:00 a.m.
                        )    Judge:  Hon. Alex R. Munson
           Defendant.    )
_____)

We, the jury, render the following unanimous verdict as to Counts One, Two and Three of the Indictment:

**Count One: Conspiracy to Defraud the United States**

As to Count One, conspiracy to defraud the United States in violation of Title 18, United States Code, Section 371, we the jury find the defendant, AMIN, MOHAMAD RUHUL:

_____X_____ GUILTY                    _____ NOT GUILTY

**Count Two: False Statement in Application for a Passport**

As to Count Two, knowingly and intentionally making a false statement in an application for a United States Passport, in violation of Title 18, United States Code, Sections 1542 and 2, we the jury find the defendant, AMIN, MOHAMAD RUHUL:

_____X_____ GUILTY                    _____ NOT GUILTY

1
2
3 **Count Three: Subornation of Perjury**
4      As to Count Three, subornation of perjury, in violation of Title 18, United States Code,
5 Section 1622, we the jury find the defendant, AMIN, MOHAMAD RUHUL:
6
7
8             X     GUILTY                   NOT GUILTY
9
10
11                            Gregory M. Villagomez
12                            Jury Foreperson
13
14
15
16
17                       **CERTIFICATION**
18      I, as Foreperson, certify that the above decision represents the unanimous verdict of each
19 and every juror in this case.
20
21
22 Dated: **3-12-08**                  Gregory M. Villagomez
       Saipan, CNMI                  Jury Foreperson
23
24
25
26
27
28