F I L E D
Clerk
District Court

MAR 12 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL ACTION NO. 08-00002 |
| Plaintiff, | ) | |
| vs. | ) | ORDER SETTING DATE |
| | ) | FOR SENTENCING |
| MOHAMAD RUHUL AMIN, | ) | |
| Defendant. | ) | |

ORDER

IT IS HEREBY ORDERED that the defendant be referred to the United States Probation Office for investigation and report. The presentence investigation report is due on Tuesday, May 13, 2008 and sentencing is scheduled for **Tuesday, June 17, 2008 commencing at the hour of nine o'clock a.m.**

DATED this 12th day of March, 2008.

_____
ALEX R. MUNSON, Chief Judge