THOMPSON LAW OFFICE, LLC
Colin M. Thompson, Esq., CNMI Bar No. F0221
J.E. Tenorio Building
Saipan, MP 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0776

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMIN, MOHAMAD RUHUL<br><br>Defendant, | Criminal Case No. 08-00002<br><br>NOTICE OF CONTINUANCE OF SENTENCING HEARING<br><br>Date: July 17, 2008<br>Time: 9:00am<br>Judge: Hon. Alex R. Munson |

**COMES NOW**, Colin M. Thompson on behalf of the Defendant, Mohamad Ruhul Amin, to give notice of the continuance of the sentencing in this matter based on the agreement of the parties and concurrence of the Court.

The sentencing hearing shall be continued from June 17, 2008 at 9:00am to July 17, 2008 at 9:00am.

Respectfully submitted by:

Date: June 10, 2008                    THOMPSON LAW OFFICE LLC

                                       By:    /s/
                                              Colin M. Thompson

1