LEONARDO M. RAPADAS
United States Attorney
ERIC S. O'MALLEY
Assistant United States Attorney
DISTRICT OF THE NORTHERN
   MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2980
Fax: (670) 236-2985

Attorneys for United States of America

F I L E D
Clerk
District Court

JUN 17 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>AMIN, MOHAMAD RUHUL,<br><br>            Defendant. | Criminal Case No. 08-00002<br><br>NOTICE OF CONTINUANCE OF SENTENCING HEARING<br><br>Date: July 21, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Alex R. Munson |

    Based on the agreement of the parties and with the permission of the Court, the United States of America, by and through its undersigned attorneys, hereby gives notice that the sentencing hearing in this matter shall be continued from July 17, 2008 to July 21, 2008 at 9:00 a.m.

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: 6/17/08        By: _____
                                       ERIC S. O'MALLEY
                                       Assistant U.S. Attorney