FILED
Clerk
District Court

JUL 18 2008

UNITED STATES DISTRICT COURT For The Northern Mariana Islands
FOR THE                                    By_____
NORTHERN MARIANA ISLANDS              (Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MOHAMMED RUHUL AMIN,<br><br>Defendant. | Criminal Action No. 08-00002<br><br><br>Order Re Sentencing |

Eric O'Malley
Assistant United States Attorney
P.O. Box 500377
Saipan, MP 96950

Colin M. Thompson
Attorney at Law
PMB 917, Box 10001
Saipan, MP 96950

The Sentencing for Mohammed Ruhul Amin, scheduled for Monday July 21, 2008, at 9:00 a.m., is rescheduled to 8:00 a.m., on the same date.

IT IS SO ORDERED.

DATED this 18th day of July, 2008.

Judge Alex R. Munson