Colin M. Thompson, Esq.
Thompson Law Office, LLC
J.E. Tenorio Building
Saipan, MP 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0076

*Attorney for Defendant Mohamad Ruhul Amin*

## IN THE UNITED STATES DISCTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiffs,<br><br>v.<br><br>MOHAMAD RUHUL AMIN,<br><br>          Defendant. | CASE NO. CR-08-0002-ARM<br><br>NOTICE OF MOTION AND MOTION FOR RELEASE PENDING RESOLUTION OF APPEAL |

**TO: PLAINTIFF UNITED STATES OF AMERICA AND THEIR ATTORNEY OF RECORD:**

### NOTICE

Please be advised that on _____, the Court will hear Defendants' motion for Release Pending Resolution of Appeal filed in the above title action.

## MOTION

Defendant, Mohamad Ruhul Amin hereby moves the Court to hear the motion for Release Pending Resolution of Appeal filed in the above title action. The basis for this motion is set forth in the memorandum of points and authorities filed herewith, together with the all papers previously filed with this Court in this case.

Dated this 19th day of August, 2008.

/s/
**COLIN M. THOMPSON**
Thompson Law Office, LLC