UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

AUG 21 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES OF AMERICA,

                Plaintiff,

        vs.

MOHAMMED RUHUL AMIN,

                Defendant.

Criminal Action No. 08-00002

Order Rescheduling Hearing

Eric O'Malley
Assistant United States Attorney
P.O. Box 500377
Saipan, MP 96950

Colin M. Thompson
Attorney at Law
PMB 917, Box 10001
Saipan, MP 96950

The Motion For Release hearing scheduled for Tuesday, August 26, 2008, at

9:00 a.m., is rescheduled to 8:00 a.m., on the same date.

IT IS SO ORDERED.

DATED this 21st day of August, 2008.

_____
Judge Alex R. Munson