UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CR-08-00002                                                               August 26, 2008
                                                                          8:00 a.m

**UNITED STATES OF AMERICA -v- MOHAMAD RUHUL AMIN**

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
           RANDY SCHMIDT, Law Clerk
           SANAE SHMULL, Court Reporter
           K. LYNN LEMIEUX, Deputy Clerk
           ERIC O'MALLEY, Assistant U. S. Attorney
           COLIN THOMPSON, Counsel for Defendant (appeared by phone)

PROCEEDING:   MOTION FOR RELEASE PENDING RESOLUTION OF APPEAL

Attorney Colin Thompson was present on behalf of defendant. Government by Eric O'Malley, AUSA.

Rabby Syed was present as interpreter/translator of the Bengali language.

Court, after reviewing all pleadings, granted the motion with conditions as follows:

1)   That the defendant shall be under the supervision of a third-party custodian acceptable to the Court;

2)   That the defendant shall submit to pretrial services supervision under the direction of the United States Probation Office and abide by all standard conditions and that he must report at any time as requested;

3)   The defendant must not leave the island of Saipan without written permission from the Court;

4)   That the defendant shall not commit any offense in violation of federal, state or local law while on release in this case;

5)   That the defendant execute an unsecured bond in the amount of $10,000;

6)   That the defendant shall surrender his passport and any other travel documents and not obtain any other travel documents or passport;

7)   That he refrain from possessing firearms, destructive device, or other dangerous weapons, or to have at residence;

8) That he refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 USC 802, unless prescribed by a licensed medical practitioner in the Commonwealth;

9) That he submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing;

10) That the defendant shall participate in a home confinement program and shall be restricted to the house between the hours of 6:00 p.m. and 6:00 a.m.

11) That the defendant shall have no contact with his ex-wife, Carmelita, except for making arrangements for visitation with the children and that this contact must be coordinated with the U.S. Probation Office;

12) That the defendant shall refrain from any and all alcohol; and

13) That the defendant shall gain and maintain lawful employment.

Defendant was remanded back into the custody of the U.S. Marshal until all conditions of release could be accomplished.

                Adjourned at 8:10 a.m.

                /s/K. Lynn Lemieux, Courtroom Deputy