FILED
Clerk
District Court

SEP -3 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MD. RUHUL AMIN,<br><br>Defendant | Criminal No. 08-00002<br><br><br>ORDER SETTING HEARING FOR RELEASE TO THIRD-PARTY CUSTODIAN |

BASED UPON the agreement of the parties,

IT IS ORDERED that a hearing be and hereby is set for **Friday, September 5, 2008, at 8:30 a.m.** to consider release of defendant to a third-party custodian.

DATED this 3rd day of September, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)