UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CR-08-00002                                                September 5, 2008
                                                           8:45 a.m

**UNITED STATES OF AMERICA -v- MOHAMAD RUHUL AMIN**

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
           SANAE SHMULL, Court Reporter
           K. LYNN LEMIEUX, Deputy Clerk
           ERIC O'MALLEY, Assistant U. S. Attorney
           MOHAMAD RUHUL AMIN, Defendant

PROCEEDING:   MOTION FOR RELEASE PENDING RESOLUTION OF APPEAL

Attorney was not present on behalf of defendant. Government by Eric O'Malley, AUSA.

Court, announced that there was discussion yesterday with the U.S. Probation Office that this matter may be taken off calendar due to the fact that the potential third-party custodian's house did not meet the qualifications for electronic monitoring. However, Attorney Thompson did not call to remove the matter from the calendar.

Therefore, Court removes this matter from the calendar at this time and remands the defendant back into the custody of the U.S. Marshal.

Adjourned at 8:50 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy