UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CR-08-00002                                                September 12, 2008
                                                           10:00 a.m

**UNITED STATES OF AMERICA -v- MOHAMAD RUHUL AMIN**

PRESENT:    HON. ALEX R. MUNSON, Chief Judge Presiding
            SANAE SHMULL, Court Reporter
            K. LYNN LEMIEUX, Deputy Clerk
            BEVERLY MC CALLUM, Assistant U. S. Attorney
            COLIN THOMPSON, Court Appointed
            MOHAMAD RUHUL AMIN, Defendant

PROCEEDING:   MOTION FOR APPROVAL OF CUSTODIAN

Attorney Colin Thompson was present on behalf of defendant. Government by Beverly McCallum, AUSA. Also present was Melinda Brunson, U.S. Probation Officer.

Rabby Syed was sworn as interpreter/translator of the Bengali language.

Attorney Thompson called third-party custodian:

OBAYDUL  HOQUE  BHUIYAN.  DX.

After hearing testimony, Court ordered that the third-party custodian was apaproved.

Court ordered that the defendant be remanded back into the custody of the U.S. Marshal for processing.

                                                  Adjourned  at 10:15 a.m.


                                                  /s/K. Lynn Lemieux, Courtroom Deputy